

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number: 01-14-00488-CV

Style: Commerce and Industry Insurance Company; Starnet Insurance Company; Catlin Insurance Company, Inc.; Allianz Global Corporate & Specialty S.E.; United States Aircraft Insurance Group; and QBE Aviation Syndicate 5555 at Lloyd's v. American Jet International Corporation d/b/a Million Air Charter; REW Investments, Inc.; Houston Aviation Partners, LLC; Woolsey Aviation, Inc.; Million Air Lackland, LLC; Go Fayetteville, LLC; Reno Aviation Partners, LLC; Gulfport Aviation Partners, LLC; Tallahassee Aviation Partners, LLC; Million Air Interlink, Inc.; Roger Woolsey; and Carl Moody

Date motion filed: July 8, 2014

Type of motion: Unopposed motion for extension of time to file response to petitions for permissive appeal

Party filing motion: Torus National Insurance Company

Document to be filed: Response to American Jet International Corporation d/b/a Million Air Charter, et al.'s Petition for Permissive Appeal and Response to Carl Moody's Petition for Permissive Appeal

Ordered that motion is:

☒     Granted

       If documents are to be filed, documents due: **July 23, 2014**

       ☐     Absent extraordinary circumstances, the Court will not grant additional motions to extend time.

☐     Denied

☐     Dismissed

☐     Other: _____

_____

_____

_____

Judge's signature: /s/ Jim Sharp

       ☑ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: July 15, 2014

November 7, 2008 Revision